NO. 07-07-0199-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 7, 2007
_____

KENDRICK JERMAINE FULTON, 1995 CHEVROLET BLAZER
VIN: 1GNDT13W1S2180389 TEXAS TAG: 5GN S11, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 94,782-D; HONORABLE DON EMERSON, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant, Kendrick Jermaine Fulton, filed a notice of appeal on May 15, 2007. He did not pay the filing fee required under Rule 5 of the Texas Rules of Appellate Procedure or file an affidavit of indigence in conformity with Rule 20.1. Nor did he file a docketing statement as required by Rule 32.1. By letter from this Court dated May 15, 2007, we advised appellant the "filing fee in the amount of $125.00 has not been paid. Failure to pay the filing fee within ten (10) days from the date of this notice may result in dismissal." TEX. R. APP. P. 42.3(c). The letter also directed him fo file a docketing within ten (10) days.

Appellant has not filed a docketing statement, paid the fee as directed or filed an affidavit of indigence.  Accordingly, we dismiss the appeal.  TEX. R. APP. P.  42.3(c).


Mackey K. Hancock
Justice